## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-1467-CFC |
| | | **ANDA CASE** |
| v. | ) ) ) | |
| AUROBINDO PHARMA LTD and AUROBINDO PHARMA USA, INC., | ) ) ) | |
| Defendants. | ) ) ) ) | |

## PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSE NOS. 2, 5, AND DEFENDANTS' IMPROPER DENIALS

Plaintiffs Amicus Therapeutics US, LLC and Amicus Therapeutics, Inc. hereby move to strike Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. Second and Fifth Affirmative Defenses and Improper Denials. The grounds for this Motion are fully set forth in Plaintiffs' Opening Brief, filed concurrently herewith. According to D. Del. LR 7.1.1, Plaintiffs certify that reasonable efforts have been made to reach agreement on the subject of this Motion.

NOW THEREFORE, Plaintiffs request that the Court grant this Motion and enter the attached Proposed Order.

Dated: February 10, 2023

**BARNES & THORNBURG LLP**

*/s/  Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Tel: (302) 300-3474
Email: Chad.Stover@btlaw.com

John W. Cox, Ph.D.**
Christina M. Baugh**
Joshua M. Kalb**
Lauren Baker**
Anna Whitacre**
3340 Peachtree Road N.E., Suite 290
Atlanta, GA 30326
Tel. (404) 264-4092
Email: John.Cox@btlaw.com
Email: Josh.Kalb@btlaw.com
Email: Lauren.Baker@btlaw.com
Email: Anna.Whitacre@btlaw.com

Mark C. Nelson**
2121 N. Pearl Street, Suite 700
Dallas, TX 75201
Tel: (214) 258-4140
Email: Mark.Nelson@btlaw.com

Heather B. Repicky**
One Marina Park Drive, Suite 1530
Boston, MA 02210
Tel: (617) 316-5317
Email: Heather.Repicky@btlaw.com

Josh E. Ney, Ph.D.**
1717 Pennsylvania Avenue N.W., Suite 500
Washington, DC 20006-4628
Tel: (734) 489-8004
Email: Josh.Ney@btlaw.com

** Admitted *pro hac vice*

*Attorneys for Plaintiffs*